IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANTHONY STEVEN WRIGHT**,

        Plaintiff,

    v.

**THE AMERICAN'S BULLETIN NEWSPAPER CORPORATION and CYNTHIA MARIE BREWER,**

        Defendants.

CV 10-6118-PK

ORDER AND OPINION

**MOSMAN, J.**,

On May 5, 2011, Magistrate Judge Papak issued his Findings and Recommendation ("F&R") [129] in the above-captioned case recommending that Motions [33], [49], [53], [54], [58], [60], [71], [73], [79], [83], [88], [90], [91], [93], [95], [96], [98], [101], [103], [109], [110], [113], [118], [120], [123], [125], should be denied and that default should be entered against The American's Bulletin as to Mr. Wright's claim for fraud. Mr. Wright objected [141].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

OPINION AND ORDER - 1

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

    Upon review, I agree with Judge Papak's recommendation and I ADOPT the F&R [129] as my own opinion.

    IT IS SO ORDERED.

    DATED this   2nd   day of June, 2011.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

OPINION AND ORDER - 2